SARAH M. RUHLIN, Appellant, v. WILLIAM J. BURNS INTERNATIONAL DETECTIVE AGENCY, INC., Respondent.— Judgment and order affirmed, with costs. No

---

* See Penal Law, § 270, as amd. by Laws of 1917, chap. 783.— [REP.

opinion. Rich, Manning and Kelby, JJ., concur; Jaycox and Young, JJ., dissent and vote to reverse, on the ground that liability on the judgment heretofore entered against the plaintiff [See 187 App. Div. 887] constituted damage. (*Dix v. Jaquay,* 94 App. Div. 554, 560.)